UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

Boris Natenzon,

                         Plaintiff,

              v.                                              24-MC-567(LAK)

Peer Bursurker,

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

        The Clerk of Court shall close this case.

Dated: January 15, 2025

                                              _____
                                                      Lewis A. Kaplan
                                                  United States District Court